IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Estate of James A. Dubois | ) No. 05 B 42235 |
| | ) |
| 13-7570072 | ) Chapter 7 |
| Debtor | ) |
| | ) Hon. Jacqueline P. Cox |

FIRST AND FINAL APPLICATION
OF ALAN D. LASKO & ASSOCIATES, P.C.
FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.**, Certified Public Accountants, request first and final compensation of $1,158.80 and expenses of $10.97 for the time period from April 22, 2008 through June 3, 2008. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached as Exhibit A is the Affidavit pursuant to Bankruptcy Rule 2016.

## GENERAL

The Debtor filed a petition under Chapter 7 of the Federal Bankruptcy Code on or about September 30, 2005 and a Trustee was appointed. On April 22, 2008, Alan D. Lasko & Associates, P.C. was approved by the Court issued as the accountants for the Trustee. Reflected in this fee petition is the Applicant's time for the preparation of the Estate's year 2007 income tax returns.

**ESTATE OF JAMES A. DUBOIS**

A recap of compensation requested is as follows:

|  | Amount |
|---|---:|
| Billing | $ 103.00 |
| Year-End Work | 1,055.80 |
|  | $ 1,158.80 |

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA

Mr. Lasko has worked primarily in the bankruptcy field over the last 23 years. He brings his 32 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA). Mr. Lasko is also a member of the American Bankruptcy Institute, the National Association of Bankruptcy Trustees, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

# ESTATE OF JAMES A. DUBOIS

### James Delahunt, JD, CPA, MST – Tax Manager

Mr. Delahunt has worked primarily in the field of taxation for over 28 years. He has worked in most areas of taxation, including but not limited to, business returns, individual returns, as well as estates and trusts. Mr. Delahunt has worked in the field of insolvency during this time period as well. Mr. Delahunt is an attorney and a certified public accountant and has his Masters in Taxation. He is a member of the American Bar Association, American Institute of Certified Public Accountants and Illinois CPA Society.

### Susan J. Kilgore, CPA – Manager

Ms. Kilgore has 31 years of experience working as a manager and staff person in public accounting. She has worked for a large and small accounting firm over this period. She has substantial experience working primarily with commercial accounts of all sizes performing audits and year-end accounting and tax preparation. She also has worked with a variety of different types of for-profit and not-for-profit companies. She has an undergraduate degree in accounting and achieved the National Honor Society for Business Administration while in school. She is a certified public accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

### Tricia Kong – Staff

Ms. Kong is a first-year staff person performing accounting and tax services. Ms. Kong has a Masters in Accounting from the University of Illinois at Chicago and a Bachelor's of Commerce from the University of Alberta, Edmonton.

## ESTATE OF JAMES A. DUBOIS

### STAFF – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

### BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

### BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

        Cost        $103.00

## ESTATE OF JAMES A. DUBOIS

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 240.00 | $ 48.00 |
| C. Wilson, Staff | 1.0 | 55.00 | 55.00 |
|  | 1.2 |  | $ 103.00 |

## YEAR-END WORK

The Applicant incurred 7.8 hours in the preparation of the Estate's 2007 workpapers and year-end tax returns.

The work also included the following:

- Summarized Trustee's cash receipts and disbursements.
- Prepared Internal Revenue Service 60-day determination letter for 2007.
- Estimated time to prepare Estate's information tax returns.

Cost    $1,055.80

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 2.5 | $ 240.00 | $ 600.00 |
| T. Kong, Staff | 5.3 | 86.00 | 455.80 |
|  | 7.8 |  | $ 1,055.80 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

5

## ESTATE OF JAMES A. DUBOIS

| | | | |
|---|---|---|---|
| Owner | $185 | - | $240 |
| Manager/Director | 150 | - | 185 |
| Supervisors | 130 | - | 150 |
| Senior | 110 | - | 130 |
| Assistant | 40 | - | 110 |

**EXPENSES**

| | |
|---|---|
| Year-End Work | $ 10.97 |

**CONCLUSION AND REQUEST FOR RELIEF**

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested first and final compensation of $1,158.80 and expenses of $10.97 should be allowed for services by your Applicant for the period April 22, 2008 through June 3, 2008.

_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois  60603
(312) 332-1302

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Estate of James A. Dubois | )   No. 05 B 42235 |
| | ) |
| 13-7570072 | )   Chapter 7 |
| Debtor | ) |
| | )   Hon. Jacqueline P. Cox |

## AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
               )   SS.
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1. I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Karen R. Goodman, Chapter 7 Trustee in this case ("Trustee").

2. I have read the first and final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _4th_ day of June, 2008.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/11/12

7

| 6/3/2008 | Alan D. Lasko & Associates, P.C. | |
|---|---|---|
| 7:29 PM | Pre-bill Worksheet | Page 1 |

## Selection Criteria

| Clie.Selection | Include: Dubois; Dubois.002; Dubois.012 |
|---|---|

| | | | |
|---|---|---|---|
| Nickname | Dubois.002 \| 2919 | | |
| Full Name | Estate of James A. Dubois | | |
| Address | c/o Karen R. Goodman, Trustee | | |
| | 111 E. Wacker Drive | | |
| | Suite 2800 | | |
| | Chicago IL 60601 | | |
| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | tax prep | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | | | |
| Last charge | 6/2/2008 | | |
| Last payment | | Amount | $0.00 |

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 5/10/2008<br>64669 | A. Lasko<br>800<br>review of data recieved from trustee and set up staff for year end tax work | 240.00 | 0.60 | 144.00 | Billable |
| 5/13/2008<br>64704 | T. Kong<br>800<br>preparing work paper and filing 2007 tax return | 86.00 | 3.90 | 335.40 | Billable |
| 5/19/2008<br>64781 | A. Lasko<br>800<br>review of workpapers and tax returns for 2007 | 240.00 | 0.90 | 216.00 | Billable |
| 5/20/2008<br>64785 | A. Lasko<br>800<br>prepared irs 60 day letter | 240.00 | 0.20 | 48.00 | Billable |
| 5/20/2008<br>64786 | A. Lasko<br>800<br>sign off of federal and state tax returns and irs 60 day copy and lettter | 240.00 | 0.40 | 96.00 | Billable |
| 6/1/2008<br>64923 | T. Kong<br>800<br>Estimated time to prepare estate's final information tax returns and cover letter to trustee | 86.00 | 1.40 | 120.40 | Billable |
| 6/2/2008<br>64924 | A. Lasko<br>800<br>Estimated time to review estate's information tax returns and cover letter to trustee | 240.00 | 0.40 | 96.00 | Billable |
| TOTAL | Billable Fees | | 7.80 | $1,055.80 | |

| 6/3/2008 | Alan D. Lasko & Associates, P.C. | | |
|---|---|---|---|
| 7:29 PM | Pre-bill Worksheet | Page | 2 |

Dubois.002:Estate of James A. Dubois (continued)

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 5/20/2008<br>64787 | A. Lasko<br>115<br>photocopy costs - copies of federal and state tax returns and irs 60 day copy and letter (81 @ $.10) | 8.10 | 1.000 | 8.10 | Billable |
| 5/20/2008<br>64788 | A. Lasko<br>105<br>postage -mailed to trustee | 2.87 | 1.000 | 2.87 | Billable |
| TOTAL | Billable Costs | | | | $10.97 |

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| **Fees Bill Arrangement: Slips**<br>By billing value on each slip. | | |
| Total of billable time slips | $1,055.80 | |
| Total of Fees (Time Charges) | | $1,055.80 |
| **Costs Bill Arrangement: Slips**<br>By billing value on each slip. | | |
| Total of billable expense slips | $10.97 | |
| Total of Costs (Expense Charges) | | $10.97 |
| Total new charges | | $1,066.77 |
| New Balance<br>Current | $1,066.77 | |
| Total New Balance | | $1,066.77 |

| 6/3/2008 | Alan D. Lasko & Associates, P.C. | | | | | |
| 7:29 PM | Pre-bill Worksheet | | | | | Page    3 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nickname | Dubois.012 | 2920 | | | | |
| Full Name | Estate of James A. Dubois | | | | | |
| Address | c/o Karen R. Goodman, Trustee | | | | | |
| | 111 E. Wacker Drive | | | | | |
| | Suite 2800 | | | | | |
| | Chicago IL 60601 | | | | | |
| Phone 1 | | Phone 2 | | | | |
| Phone 3 | | Phone 4 | | | | |
| In Ref To | fee petition | | | | | |
| Fees Arrg. | By billing value on each slip | | | | | |
| Expense Arrg. | By billing value on each slip | | | | | |
| Tax Profile | Exempt | | | | | |
| Last bill | | | | | | |
| Last charge | 6/3/2008 | | | | | |
| Last payment | | Amount | $0.00 | | | |

| Date | User | | Rate | Hours | Amount | Total |
| ID | Task | | Markup % | DNB Time | DNB Amt | |
|---|---|---|---|---|---|---|
| 6/3/2008 | C. Wilson | | 55.00 | 1.00 | 55.00 | Billable |
| 64948 | 800 | | | | | |
| | Prepared fee petition. | | | | | |
| 6/3/2008 | A. Lasko | | 240.00 | 0.20 | 48.00 | Billable |
| 64967 | 800 | | | | | |
| | preparation of fee petition | | | | | |
| TOTAL | Billable Fees | | | 1.20 | | $103.00 |

Total of billable expense slips                                                                $0.00

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| Total of billable time slips | $103.00 | |
| Total of Fees (Time Charges) | | $103.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $103.00 |
| New Balance | $103.00 | |
| Current | | |
| Total New Balance | | $103.00 |