| | |
|---|---|
| The Honorable: | JACQUELINE P COX |
| Chapter 7 | |
| Location: | Room 619 |
| Hearing Date: | 03/04/2010 |
| Hearing Time: | 09:30 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:    DUBOIS, JAMES A.                §        Case No. 05-42235
                                          §
Debtor(s)                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 A.M. on 03/04/2010 in Courtroom 619, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/02/2010            By:    /s/KAREN R. GOODMAN
                                          Trustee

KAREN R. GOODMAN
SHEFSKY & FROELICH LTD.
111 EAST WACKER DRIVE
SUITE 2800
CHICAGO, IL  60601-3713
(312) 527-4000

**UST Form 101-7-NFR (9/1/2009)**

| | |
|---|---|
| KAREN R. GOODMAN | The Honorable:  JACQUELINE P COX |
| SHEFSKY & FROELICH, LTD | Chapter  7 |
| 111East Wacker Drive | Location: _____ Room 619 |
| SUITE 2800 | Hearing Date: _____ 03/04/2010 |
| CHICAGO, IL  60601 | Hearing Time: _____ 09:30 |
| (312) 527-4000 | Response Date: _____ / / |
| Chapter 7 Trustee | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: DUBOIS, JAMES A.                         §      Case No. 05-42235
                                                §
                                                §
Debtor(s)                                       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*            $_____20,083.99

*and approved disbursements of*                 $_____7,523.42

*leaving a balance on hand of* [1]              $_____12,560.57

Claims of secured creditors will be paid as follows:

*Claimant*                                      *Proposed Payment*

                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | | |
|---|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ | 1,886.65 | $ |
| *Attorney for trustee* | SHEFSKY & FROELICH, LTD | $ | 3,672.00 | $ |
| *Appraiser* | | $ | | $ |
| *Auctioneer* | | $ | | $ |
| *Accountant* | ALAN D. LASKO | $ | 1,158.80 | $ 10.97 |
| *Special Attorney for trustee* | | $ | | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | | $ |
| *Fees,* | United States Trustee | $ | | $ |
| *Other* | | $ | | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 4,331.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 116.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Capital Recovery II | $ 3,280.14 | $ 3,280.14 |
| 1I | Capital Recovery II | $ 524.76 | $ 524.76 |
| 2 | eCAST Settlement Corporation assignee of | $ 1,002.06 | $ 1,002.06 |
| 2I | eCAST Settlement Corporation assignee of | $ 160.31 | $ 160.31 |
| 3 | ARONSON HOME GALLERY | $ 49.49 | $ 49.49 |
| 3I | ARONSON HOME GALLERY | $ 7.92 | $ 7.92 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $1,216.46.

Prepared By:   /s/KAREN R. GOODMAN

                                          Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vbrown              Page 1 of 1          Date Rcvd: Feb 03, 2010
Case: 05-42235               Form ID: pdf006           Total Noticed: 20

The following entities were noticed by first class mail on Feb 05, 2010.
db           +James A Dubois,   57 Moonlight Court,   Matteson, IL 60443-1282
aty          +Patience R Clark,   Law Office of Patience R. Clark P.C.,   30 N. LaSalle Street,   Suite 3400,
              Chicago, IL 60602-3337
tr           +Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
              Chicago, IL 60601-4277
9939119      +ARONSON HOME GALLERY,   3401 W. 47TH STREET,   CHICAGO, IL 60632-2927
9939120       CHASE BANK,   P.O BOX 830016,   BALTIMORE, MD 21283-0016
9939121      +CHASE CARDMEMBER SERVICE,   P.O. BOX 94011,   PALATINE, IL 60094-4011
9939122      +CHASE HOME FINANCE,   P.O. BOX 509011,   SAN DIEGO, CA 92150-9011
9939124      +HSBC CARD SERVICES,   P.O. BOX 17051,   BALTIMORE, MD 21297-1051
9939117      +MANUEL TILLMAN,   57 MOONLIGHT COURT,   MATTESON, IL 60443-1282
9939125      +MERRICK BANK,   P.O BOX 5721,   HICKSVILLE, NY 11802-5721
9939118      +P.O. BOX 25341,   SANTA ANA, CA 92799-5341
9939126       PROVIDIAN,   P.O. BOX 660487,   DALLAS, TX 75266
9939128      +WELLS FARGO FINANCIAL,   15864 LA GRANGE ROAD,   D-1F,   ORLAND PARK, IL 60462-5356
9939127      +WELLS FARGO FINANCIAL,   P.O. BOX 25341,   SANTA ANA, CA 92799-5341
9939129       WELLS FARGO-AUTO FINANCE,   P.O. BOX 29704,   PHOENIX, AZ 85038-9704
10917737      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
              POB 35480,   Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Feb 03, 2010.
12650241     +E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2010 00:22:01     Capital Recovery II,
              25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
10912306     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2010 00:22:01     GE Consumer Finance,
              For GE Money Bank,   dba EMPIRE,   PO Box 960061,   Orlando FL 32896-0061
9939123      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2010 00:22:01     GE MONEY BANK,   P.O. BOX 960061,
              ORLANDO, FL 32896-0061
12650242      E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2010 00:22:01
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                            TOTAL: 4

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Thaddeus L Wilson
                                                                            TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2010                    Signature:   *Joseph Speetjens*