**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JAMES A. DUBOIS, | ) | CASE NO: 05 B 42235 |
| | ) | |
| DEBTOR. | ) | HONORABLE JACQUELINE P. COX |
| | ) | BANKRUPTCY COURT JUDGE |

## TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Karen R. Goodman, Trustee ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed funds with the Clerk of the Bankruptcy Court:

1. On September 30, 2005, this Court entered an Order for Relief under Chapter 7 against the Debtor. Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2. On March 8, 2010, Trustee sent two distribution checks via U.S. Mail to Aronson Home Gallery in the amounts of $49.49 and $7.92, respectively, at the address on the Proof of Claims, which is listed on the attached Exhibit A. The checks have been returned to Trustee marked "Return to Sender, Not Deliverable as Addressed, Unable to Forward." All reasonable attempts have been expended to locate this creditor with no success.

3. By reason of the foregoing, Trustee has marked these distribution checks as Void and has deposited these unclaimed funds in the total amount of $54.41 by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

Respectfully submitted,

/s/ Karen R. Goodman
Karen R. Goodman, Trustee

Karen R. Goodman (#1008242)
SHEFSKY & FROELICH LTD
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone: (312) 527-4000
Fax: (312) 275-7570

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JAMES A. DUBOIS, | ) | CASE NO: 05 B 42235 |
| | ) | |
| DEBTOR. | ) | HONORABLE JACQUELINE P. COX |
| | ) | BANKRUPTCY COURT JUDGE |

**NOTICE OF FILING**

**See Service List Attached Hereto**

    **PLEASE TAKE NOTICE** that on the **24th day of March 2010**, we filed with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, **TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS**, a copy of which is hereby served upon you.

                                                  /s/ Karen R. Goodman
                                                  Karen R. Goodman, Trustee

Karen R. Goodman, Esq. (#1008242)
SHEFSKY & FROELICH LTD.
111 East Wacker Drive, Suite 2800
Chicago, Illinois  60601-3713
Phone:  (312)527-4000
Fax:  (312)275-7570

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that copies of this **Notice** and **Trustee's Report of Deposit of Unclaimed Funds** were served upon the above persons via ECF and by placing copies of same in the U.S. Mail at 111 East Wacker Drive, Chicago, Illinois, with proper postage prepaid on the on the **24th day of March 2010.**

                                                  /s/ Karen R. Goodman
                                                  Karen R. Goodman

1147185_1

## SERVICE LIST

United States Trustee
219 South Dearborn, Suite 873
Chicago, Illinois 60604

Patience R. Clark
Brookins & Wilson
100 N. La Salle Street
Suite 1710
Chicago, Illinois 60602

James A. Dubois
57 Moonlight Court
Matteson, Illinois 60443

1147185_1

Exhibit A

Aronson Home Gallery
3401 W. 47th Street
Chicago, Illinois 60632