# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: DUBOIS, JAMES A. | § Case No. 05-42235 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $9,525.00 |
| Total Distribution to Claimants: $5,024.68 | Claims Discharged Without Payment: $18,851.41 |
| Total Expenses of Administration: $6,751.84 | |

3) Total gross receipts of $ 20,084.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,308.02 (see **Exhibit 2**), yielded net receipts of $11,776.52 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $156,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,751.84 | 6,751.84 | 6,751.84 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 57.41 | 57.41 | 57.41 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 23,396.00 | 5,024.68 | 5,024.68 | 4,967.27 |
| **TOTAL DISBURSEMENTS** | $179,396.00 | $11,833.93 | $11,833.93 | $11,776.52 |

    4) This case was originally filed under Chapter 7 on September 30, 2005. . The case was pending for 54 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/08/2010    By: /s/KAREN R. GOODMAN
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE--57 MOONLIGHT COURT, MATTESON, IL | 1110-000 | 19,996.50 |
| Interest Income | 1270-000 | 88.04 |
| **TOTAL GROSS RECEIPTS** | | **$20,084.54** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JAMES A. DUBOIS | PAYMENT OF HOMESTEAD EXEMPTION PER COURT ORDER ENTERED 9/25/07 | 8100-002 | 7,500.00 |
| DUBOIS, JAMES A. | | 8200-002 | 808.02 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$8,308.02** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE HOME FINANCE | 4110-000 | 156,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $156,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 1,886.65 | 1,886.65 | 1,886.65 |
| SHEFSKY & FROELICH, LTD | 3110-000 | N/A | 3,672.00 | 3,672.00 | 3,672.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,158.80 | 1,158.80 | 1,158.80 |
| ALAN D. LASKO | 3420-000 | N/A | 10.97 | 10.97 | 10.97 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 13.29 | 13.29 | 13.29 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 10.13 | 10.13 | 10.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,751.84 | 6,751.84 | 6,751.84 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clerk of the Bankruptcy Court | 5600-000 | N/A | 57.41 | 57.41 | 57.41 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 57.41 | 57.41 | 57.41 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital Recovery II | 7100-000 | 3,400.00 | 3,280.14 | 3,280.14 | 3,280.14 |
| Capital Recovery II | 7990-000 | N/A | 524.76 | 524.76 | 524.76 |
| eCAST Settlement Corporation assignee of | 7100-000 | 1,002.00 | 1,002.06 | 1,002.06 | 1,002.06 |
| eCAST Settlement Corporation assignee of | 7990-000 | N/A | 160.31 | 160.31 | 160.31 |
| ARONSON HOME GALLERY | 7100-000 | 200.00 | 49.49 | 49.49 | 0.00 |
| ARONSON HOME GALLERY | 7990-000 | N/A | 7.92 | 7.92 | 0.00 |
| PROVIDIAN | 7100-000 | 2,860.00 | N/A | N/A | 0.00 |
| (blank name) | 7100-000 | 14,845.00 | N/A | N/A | 0.00 |
| WELLS FARGO FINANCIAL | 7100-000 | 1,089.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 23,396.00 | 5,024.68 | 5,024.68 | 4,967.27 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-42235   Trustee: (520191) KAREN R. GOODMAN
Case Name: DUBOIS, JAMES A.   Filed (f) or Converted (c): 09/30/05 (f)
          §341(a) Meeting Date: 11/14/05
Period Ending: 04/08/10   Claims Bar Date: 12/04/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  RENTAL PROPERTY--3015 E. 223RD PL., SAUK VILLAGE  PER REAL ESTATE BROKER, PROPERTY WORTH LESS THAN DEBTOR'S VALUE, THEREFORE LITTLE OR NO EQUITY. | 130,000.00 | 48,000.00 | | 0.00 | FA |
| 2  RESIDENCE--57 MOONLIGHT COURT, MATTESON, IL | 200,000.00 | 36,500.00 | | 19,996.50 | FA |
| 3  CASH ON HAND | 25.00 | 0.00 | | 0.00 | FA |
| 4  HOUSEHOLD GOODS AND FURNISHINGS | 300.00 | 0.00 | | 0.00 | FA |
| 5  WEARING APPAREL | 600.00 | 0.00 | | 0.00 | FA |
| 6  JEWELRY--2 WATCHES | 400.00 | 0.00 | | 0.00 | FA |
| 7  GOLF CLUBS | 300.00 | 0.00 | | 0.00 | FA |
| 8  AUTOMOBILES--'04 MITSUBISHI LANCER LS | 13,000.00 | 0.00 | | 0.00 | FA |
| 9  AUTOMOBILES--'04 NISSAN MAXIMA | 22,598.00 | 0.00 | | 0.00 | FA |
| 10  COMPUTER | 400.00 | 0.00 | | 0.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 88.04 | FA |
| 11  Assets   Totals (Excluding unknown values) | $367,623.00 | $84,500.00 | | $20,084.54 | $0.00 |

Major Activities Affecting Case Closing:

Dubois, James A.
Case No. 05-42235

On 9/30/2005 an unsecured claim of Merrick Bank (credit card) listed on Debtor's schedules in the amount of $1,450 was incorrectly entered in BMS as a Surplus. No claim was ever filed by Merrick Bank. When the TFR was prepared, the BMS system pulled this "Surplus" as Debtor's claim, allowed in the amount of $1,216.46. The surplus should have been created when the TFR was prepared, and should have been $806.46 on the TFR filed with the Court. This was corrected when the Claims Proposed Distribution was prepared. Surplus was paid to Debtor in the amount of $808.02, after additional interest was included in monies to be distributed Awaiting approval from UST to file submitted TFR.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-42235 | | Trustee: | (520191) | KAREN R. GOODMAN |
|---|---|---|---|---|---|
| Case Name: | DUBOIS, JAMES A. | | Filed (f) or Converted (c): | 09/30/05 (f) | |
| | | | §341(a) Meeting Date: | 11/14/05 | |
| Period Ending: 04/08/10 | | | Claims Bar Date: | 12/04/06 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   June 30, 2008     Current Projected Date Of Final Report (TFR):   February 2, 2010  (Actual)

Printed: 04/08/2010 03:08 PM    V.11.54

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-42235 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | DUBOIS, JAMES A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*40-65 - Money Market Account |
| Taxpayer ID #: | 13-7570072 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 04/08/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/14/07 | {2} | CHASE | PROCEEDS OF SALE OF RESIDENCE | 1110-000 | 19,996.50 | | 19,996.50 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.27 | | 20,000.77 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.39 | | 20,012.16 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.04 | | 20,023.20 |
| 09/25/07 | 1001 | JAMES A. DUBOIS | PAYMENT OF HOMESTEAD EXEMPTION PER COURT ORDER ENTERED 9/25/07 | 8100-002 | | 7,500.00 | 12,523.20 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.97 | | 12,533.17 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.76 | | 12,540.93 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 6.52 | | 12,547.45 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 6.39 | | 12,553.84 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.74 | | 12,559.58 |
| 02/05/08 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2008 FOR CASE #05-42235, CHAPTER 7 BLANKET BOND INLLINOIS - CHICAGO - NORTHERN DISTRICT | 2300-000 | | 13.29 | 12,546.29 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.57 | | 12,548.86 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.33 | | 12,551.19 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.75 | | 12,552.94 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.57 | | 12,554.51 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.59 | | 12,556.10 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.59 | | 12,557.69 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.49 | | 12,559.18 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.64 | | 12,560.82 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.36 | | 12,562.18 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.98 | | 12,563.16 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 12,564.05 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.51 | | 12,564.56 |
| 02/06/09 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #05-42235, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 10.13 | 12,554.43 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 12,554.90 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 12,555.44 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.51 | | 12,555.95 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 12,556.44 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 12,556.98 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,557.50 |

Subtotals: $20,080.92 $7,523.42

{} Asset reference(s)

Printed: 04/08/2010 03:08 PM V.11.54

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-42235 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | DUBOIS, JAMES A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****40-65 - Money Market Account |
| Taxpayer ID #: | 13-7570072 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 04/08/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,558.02 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.51 | | 12,558.53 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.51 | | 12,559.04 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,559.56 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,560.08 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 12,560.57 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 12,561.04 |
| 03/04/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.08 | | 12,561.12 |
| 03/04/10 | | To Account #********4066 | FUNDS TRANSFER for Distribution per Court Order dated March 4, 2010 | 9999-000 | | 12,561.12 | 0.00 |
| | | | ACCOUNT TOTALS | | 20,084.54 | 20,084.54 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,561.12 | |
| | | | Subtotal | | 20,084.54 | 7,523.42 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | NET Receipts / Disbursements | | $20,084.54 | $23.42 | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-42235 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | DUBOIS, JAMES A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****40-66 - Checking Account |
| Taxpayer ID #: | 13-7570072 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 04/08/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/04/10 | | From Account #*********4065 | FUNDS TRANSFER for Distribution per Court Order dated March 4, 2010 | 9999-000 | 12,561.12 | | 12,561.12 |
| 03/05/10 | 101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 03/04/2010 | 3420-000 | | 10.97 | 12,550.15 |
| 03/05/10 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 03/04/2010 | 3410-000 | | 1,158.80 | 11,391.35 |
| 03/05/10 | 103 | KAREN R. GOODMAN, Trustee | TRUSTEE COMPENSATION S PER COURT ORDER DATED 03/04/2010 | 2100-000 | | 1,886.65 | 9,504.70 |
| 03/05/10 | 104 | SHEFSKY & FROELICH LTD | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 03/04/2010 | 3110-000 | | 3,672.00 | 5,832.70 |
| 03/05/10 | 105 | Capital Recovery II | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 03/04/2010 | 7100-000 | | 3,280.14 | 2,552.56 |
| 03/05/10 | 106 | eCAST Settlement Corporation assignee of | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 03/04/2010 | 7100-000 | | 1,002.06 | 1,550.50 |
| 03/05/10 | 107 | ARONSON HOME GALLERY | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 03/04 2010<br>Voided on 03/23/10 | 7100-001 | | 49.49 | 1,501.01 |
| 03/05/10 | 108 | Capital Recovery II | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 11 PER COURT ORDER DATED 03/04/2010 | 7990-000 | | 524.76 | 976.25 |
| 03/05/10 | 109 | eCAST Settlement Corporation assignee of | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 21 PER COURT ORDER DATED 03/04/2010 | 7990-000 | | 160.31 | 815.94 |
| 03/05/10 | 110 | ARONSON HOME GALLERY | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 31 PER COURT ORDER DATED 03/04/2010<br>Voided on 03/23/10 | 7990-000 | | 7.92 | 808.02 |
| 03/05/10 | 111 | DUBOIS, JAMES A. | | 8200-002 | | 808.02 | 0.00 |
| 03/23/10 | 107 | ARONSON HOME GALLERY | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 03/04 2010<br>Voided: check issued on 03/05/10 | 7100-001 | | -49.49 | 49.49 |
| 03/23/10 | 110 | ARONSON HOME GALLERY | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 31 PER COURT ORDER DATED 03/04/2010<br>Voided: check issued on 03/05/10 | 7990-000 | | -7.92 | 57.41 |
| 03/23/10 | 112 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds | 5600-000 | | 57.41 | 0.00 |

Subtotals: $12,561.12   $12,561.12

{} Asset reference(s)

Printed: 04/08/2010 03:08 PM   V.11.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-42235 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | DUBOIS, JAMES A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*40-66 - Checking Account |
| Taxpayer ID #: | 13-7570072 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 04/08/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 12,561.12 | 12,561.12 | $0.00 |
| | | | Less: Bank Transfers | | 12,561.12 | 0.00 | |
| | | | Subtotal | | 0.00 | 12,561.12 | |
| | | | Less: Payments to Debtors | | | 808.02 | |
| | | | NET Receipts / Disbursements | | $0.00 | $11,753.10 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*40-65 | 20,084.54 | 23.42 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*40-66 | 0.00 | 11,753.10 | 0.00 |
| | $20,084.54 | $11,776.52 | $0.00 |

{} Asset reference(s)

Printed: 04/08/2010 03:08 PM   V.11.54